UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MIQUEL MORROW, *et al.*,<br><br>    Defendants. | Criminal Action No. 04-355 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 25th day of April, 2005, hereby

**ORDERED** that [248] Defendants' Joint Objections to the Government's Proposed DNA Evidence are DENIED to the extent the objections represent a generalized challenge to the PCR/STR method or to the extent that they claim that DNA matches with relatively low statistical values must be excluded under *Daubert* or Federal Rule of Evidence 403.; it is further

**ORDERED** that, upon receipt of their own DNA experts' reports, Defendants are to notify the Court as to precisely what challenges, if any, they shall make to the admissibility of the Government's DNA evidence so that the Court can determine what issues, if any, will require a hearing before presentation of that evidence to the jury.

**SO ORDERED**.

                                              /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge